Nassau County Trust Company, as Administrator of the Estate of Shaheenie Saleeby, Deceased, et al., Appellants, *v.* Nazura D. Saleeby et al., Respondents.

Nazura Saleeby, Respondent, *v.* Nassau County Trust Company, as Administrator of the Estate of Shaheenie Saleeby, Deceased, Appellant.

Argued October 18, 1937; decided November 30, 1937.

*Vito F. Lanza* and *Walter F. Forster* for plaintiffs, appellants.

*Pierre Baert* for Nassau County Trust Company, plaintiff-appellant.

*Walter E. Warner, John R. Jones* and *Alfred A. Duffy* for Nazura D. Saleeby, respondent.

Appeals dismissed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.